UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

RANDY STEPHEN HUMPHREY,
WILLIAM HOLMES,
WILLIAM HOLMES, SR.,
TREMAIN NEWMAN, aka Main,
TERESA DORTCH,
GLENDA L. TANON,
CATHERINE DODSON,
COLTON D. SMALL,
JOHNTE ANTONIO FITZHUGH, aka Smiley,
NATALIE CLARK,
LAUREN RODRIGUEZ,
BRIANNA BETH BAKER, and
KIRA MCLAUGHLIN,

Defendants.

Criminal No. 3:22-CR 53
GMG/RWT

Violations:
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 843(b)
21 U.S.C. § 843(d)
21 U.S.C. § 846

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Hydrochloride and Cocaine Base)

From on or about May 1, 2021 to on or about May 12, 2022, in Berkeley and Jefferson Counties, in the Northern District of West Virginia, and elsewhere, defendants **RANDY STEPHEN HUMPHREY, WILLIAM HOLMES, WILLIAM HOLMES, SR., TREMAIN D. NEWMAN, aka MAIN, TERESA DORTCH, GLENDA L. TANON, CATHERINE DODSON, COLTON D. SMALL, JOHNTE ANTONIO FITZHUGH, aka SMILEY, NATALIE CLARK, LAUREN RODRIGUEZ, BRIANNA BETH BAKER,** and **KIRA MCLAUGHLIN,** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding together with each other, and with others, to violate Title 21, United States Code, Section 841(a)(1). It

1

was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as coke, a Schedule II controlled substance, and cocaine base, also known as crack, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Distribution of Cocaine Base)

On or about December 2, 2021, in Jefferson County, in the Northern District of West Virginia, defendant **WILLIAM HOLMES**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Distribution of Cocaine Base)

On or about December 17, 2021, in Jefferson County, in the Northern District of West Virginia, defendant **JOHNTE ANTONIO FITZHUGH, aka SMILEY**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Unlawful Use of Communication Device)

On or about January 26, 2022, in Jefferson County, in the Northern District of West Virginia and elsewhere, defendants **WILLIAM HOLMES** and **KIRA MCLAUGHLIN,** did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), as alleged in Count One of this Indictment, that is, the defendants used a telephone to arrange a distribution of a mixture and substance containing cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FIVE

(Unlawful Use of Communication Device)

On or about January 31, 2022, in Jefferson County, in the Northern District of West Virginia and elsewhere, defendants **WILLIAM HOLMES** and **CATHERINE DODSON,** did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), as alleged in Count One of this Indictment, that is, the defendants used a telephone to arrange a distribution of a mixture and substance containing cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SIX

(Unlawful Use of Communication Device)

On or about February 4, 2022, in Jefferson County, in the Northern District of West Virginia and elsewhere, defendants **WILLIAM HOLMES, SR.** and **TERESA DORTCH,** aiding and abetting each other, did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), that is, the defendants used a telephone to arrange a distribution of a mixture and substance containing heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance and oxycodone, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SEVEN

(Unlawful Use of Communication Device)

On or about March 5, 2022, in Jefferson County, in the Northern District of West Virginia and elsewhere, defendants **WILLIAM HOLMES** and **NATALIE CLARK** did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), as alleged in Count One of this Indictment, that is, the defendants used a telephone to arrange a distribution of a mixture and substance containing cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT EIGHT

(Possession with Intent to Distribute Cocaine Hydrochloride)

On or about March 7, 2022, in Jefferson County, in the Northern District of West Virginia, defendant **RANDY STEPHEN HUMPHREY**, did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

(Possession with Intent to Distribute Cocaine Hydrochloride)

On or about May 12, 2022, in Jefferson County, in the Northern District of West Virginia, defendant **WILLIAM HOLMES**, did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

# FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 841 and 846, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including the following items, $5,374.00 seized on March 7, 2022.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney